IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| HERMAN MUNOZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 314-093 |
| | ) |
| STACEY N. STONE, Warden, and | ) |
| STACY GILES, Health Service | ) |
| Administrator, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 22, 2014, the Court granted Plaintiff, an inmate at the McRae Correctional Facility in McRae, Georgia, permission to proceed *in forma pauperis* conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 3.) Plaintiff returned both documents, but the Prisoner Trust Fund Account Statement was not signed by a prison official as required by the Court's August 22nd Order. Rather, Plaintiff signed the Statement on the line reserved for the "Signature of Authorized Officer of Institution." (See doc. no. 5.)

In relevant part, the Court's August 22nd Order stated:

> (1) Plaintiff must furnish the enclosed **Prisoner Trust Fund Account Statement** to the trust (financial) officer of each prison where he has been confined for the past six months. The trust officer will complete and sign the form and return the form and supporting documents to Plaintiff for submission to the Court. Two copies of the form are enclosed for this purpose.

(Doc. no. 3, p. 3.) Plaintiff shall have until September 30, 2014, to submit the required Prisoner Trust Fund Account Statement signed by an authorized prison official. The **CLERK** is **DIRECTED** to enclose two copies of the Prisoner Trust Fund Account Statement with Plaintiff's service copy of this Order.

SO ORDERED this 5th day of September, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA